UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-cv-487-FDW
(3:01-cr-127-MR)

| | |
|---|---|
| ANTHONY JARON RICHARDSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

This matter is before the Court on an unopposed motion of Petitioner, (Doc. No. 6), to hold his habeas petition pursuant to 28 U.S.C. § 2241[1] in abeyance pending resolution of the appeal in United States v. Wheeler, Fourth Circuit Case No. 16-6073. The Respondent has not objected to the motion to stay and the time to do so has expired.

IT IS HEREBY ORDERED that the Motion to Stay, (Doc. No. 6), is **GRANTED**. The United States shall have 45 days after the Fourth Circuit issues Wheeler in which to move to re-open this case and file its response.

Signed: September 20, 2017

Frank D. Whitney
Chief United States District Judge

---

[1] Petitioner alternatively seeks *coram nobis* relief under 28 U.S.C. § 1651(a) or a writ of *audita querela*.